| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF ILLINOIS |
| Case number *(if known)* _____  Chapter  7 |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy       06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Burt Lewis, Inc. |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | FKA  Stark & Sons, Inc. |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 82-3564990 |
| 4. | **Debtor's address** | **Principal place of business** <br><br> 15020 South Ravinia Ave. , Suite 21 <br> Orland Park, IL 60462 <br> Number, Street, City, State & ZIP Code <br><br> Cook <br> County | **Mailing address, if different from principal place of business** <br><br> See Exhibit to Petition Question 4 attached hereto <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | Burtlewisinc.com (not active) |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor   Burt Lewis, Inc._____   Case number (*if known*)_____
         Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

4244

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

District _____   When _____   Case number _____
District _____   When _____   Case number _____

Debtor  Burt Lewis, Inc. _____     Case number (*if known*)_____
         Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____    Relationship _____
District _____ When _____    Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
         Contact name _____
         Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.
☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☒ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☒ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Debtor    Burt Lewis, Inc.    Case number (*if known*)
       *Name*

☐ $50,001 - $100,000        ■ $10,000,001 - $50 million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million      ☐ More than $50 billion

Debtor  Burt Lewis, Inc.                                                         Case number (*if known*)
        Name

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  September 18, 2023
             MM / DD / YYYY

X /s/ [signature]                                      Joseph Stark
Signature of authorized representative of debtor        Printed name

Title  President

**18. Signature of attorney**

X _____                       Date  September 18, 2023
Signature of attorney for debtor                             MM / DD / YYYY

Chad H. Gettleman, Esq. ARDC #944858
Printed name

Adelman & Gettleman, Ltd.
Firm name

53 West Jackson Boulevard
Suite 1050
Chicago, IL 60604
Number, Street, City, State & ZIP Code

Contact phone  312-435-1050        Email address  chg@ag-ltd.com

ARDC #944858 IL
Bar number and State

Debtor   Burt Lewis, Inc.
         Name                                                             Case number (if known)

### Request for Relief, Declaration, and Signatures

WARNING – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   September 18, 2023
              MM / DD / YYYY

X _____        Joseph Stark
Signature of authorized representative of debtor   Printed name

Title   President

**18. Signature of attorney**

X _____        Date   September 18, 2023
Signature of attorney for debtor                 MM / DD / YYYY

Chad H. Gettleman, Esq. ARDC #944858
Printed name

Adelman & Gettleman, Ltd.
Firm name

53 West Jackson Boulevard
Suite 1050
Chicago, IL 60604
Number, Street, City, State & ZIP Code

Contact phone   312-435-1050        Email address   chg@ag-ltd.com

ARDC #944858 IL
Bar number and State

# EXHIBIT TO VOLUNTARY PETITION QUESTION #4

On or about April 30, 2023, due to lack of funding and the collection activities of Debtor's secured lender, Sallyport Commercial Finance, LLC ("Secured Lender"), Debtor was forced to terminate its active operations. In connection therewith, Debtor vacated its principal place of business at 15020 South Ravinia Ave., Suite 21, Orland Park, IL 60462, and Secured Lender invoked its power of attorney per the underlying loan documents and caused Debtor's mail to be forwarded to Secured Lender's offices. From there forward and approximately once a month, Secured Lender sends Debtor such mail, in bulk, as Secured Lender deems relevant to Debtor's president, Joseph Stark, at his residence. All such mail received by Mr. Stark shall be made available and/or turned over to the Chapter 7 trustee appointed in this case, as such trustee determines to be necessary.

### Written Consent of the Sole Shareholder and Sole Director of Burt Lewis, Inc.

The undersigned, constituting the sole shareholder and sole director (the "Undersigned") of Burt Lewis, Inc., an Illinois corporation (the "Company"), pursuant to this written consent, and in accordance with sections 7.10 and 8.45 of the Illinois Business Corporation Act of 1983, as amended (the "Act"), and the Company's bylaws, in lieu of a meeting, does here by adopt the following resolutions:

WHEREAS, the Company has encountered financial difficulties resulting in the Company inability to continue its operations despite the Company's best efforts to remain a going concern;

WHEREAS, the Company is desirous of taking the steps necessary to maximize the expeditious and fair payment of indebtedness due to its creditors;

WHEREAS, the Undersigned, in consultation with legal counsel of the Company, has determined that it is in the best interest of the Company, its creditors and other interested parties to file a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code (the "Chapter 7 Case"); and

WHEREAS, the Undersigned is duly empowered, pursuant to the Act and the Company's By-Laws, to take all actions described herein;

NOW, THEREFORE, BE IT RESOLVED, that, in the judgment of the undersigned, it is desirable, and in the best interest of the company, its creditors and other interested parties at the Company, to commence the Chapter 7 Case;

RESOLVED, FURTHER, that the officers of the Company be and are hereby authorized to execute and cause to be filed all petitions, schedules, lists and other papers, and to take any and all action which they deem necessary or proper in connection with such proceedings under the Chapter 7 Case, and in that connection, to retain and employ all assistance by legal counsel or otherwise which they may deem necessary or proper with a view to the successful conclusion of such proceedings.

This consent: (a) is executed by the Undersigned in his capacity as sole shareholder and sole director; and (b) may be executed by facsimile or email transmission, which when so executed will be deemed to be an original. The Undersigned hereby waives any notice requirements with respect to the special meeting under the Act and the Company's operating agreement.

IN WITNESS WHEREOF, the Undersigned has executed this consent of the sole shareholder and sole director of Burt Lewis, Inc., an Illinois corporation, as of this 18th day of September, 2023.

_____     Date Executed: 9-18-23
Joseph Stark, being the
sole shareholder and sole director of Burt Lewis, Inc.

1273974_1